# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LOTTIE THOMPSON-GROVES, et al., | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION 19-0960-WS-C |
| | ) |
| SOUTHERN BUYERS GROUP, LLC, et al., | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

The Magistrate Judge has notified the Court that this action has settled. Accordingly, this action is **dismissed with prejudice** from the active docket of the Court, provided that any party may reinstate the action within thirty days from the date of entry of this order if the settlement agreement documentation is not consummated.

No further order shall be forthcoming from the Court except upon application by any party for final judgment as prescribed by Federal Rule of Civil Procedure 58.

DONE and ORDERED this 9th day of October, 2020.

                                              s/ WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE